Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JAN 27 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

JoeNell Rice

*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(***BIVENS* ACTION**)

v.

ANTONNELLY, HAZELTON USP, MORRION, my hole UNit Team, S:S BURRIENTOSR, MAilRoom, lOOTiNieNtSmith, COWQITzs, COMCDUFFY

Civil Action No.: 5:20 cv 16
*(To be assigned by the Clerk of Court)*

Bailey
mazzone
Blalock

*Enter above the full name of defendant(s) in this action*

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Name of Plaintiff: JoeNell Rice  Inmate No.: 607-24-060
   Address: Hazelton USP P.O. Box 2000
   Bruceton Mills, WV. 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: ANTONNelly
     Position: WARDEN
     Place of Employment: HAZELTON USP
     Address: P.O. Box 2000
     BRUCETON MIllS, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He's Been Violating my civil Rights By punishing me By unlawfully Taking stuff from me That I'm intitle to sir

B.1  Name of Defendant: HAZELTON USP JAil
     Position: Federal JAil aministration
     Place of Employment: HAZELTON USP
     Address: P.O. Box 2000
     BRUCETON MillS, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: There in Violation of my UnitedStates Constitution Rights By unlawfully Having me in Shu-hole for 2 Years

B.2  Name of Defendant: MoRRON
     Position: UNit maNeNgeR
     Place of Employment: HAZELTON USP
     Address: P.O. Box 2000
     BRUCETON MillS, WV. 26525
Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

Attachment A

If your answer is "YES," briefly explain: He BARely due his Hes Rounds in SHU, when He do comes BACK here To SHU he Never hAve NO legal Complaint Remedy forms for me, which is a Violation of my Bop policy Dueprocess Rights

B.3   Name of Defendant: MY Hole F UNit TeaM
Position: Case mAnagers, Councelers, UNit mA
Place of Employment:
Address:

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes    ☐ No

If your answer is "YES," briefly explain: They Never come BACK Here To SHU except when They got UDC Tickets, when They do They Never hAve No legal Remedy Complaint forms and Bop policy SAys Somebody from my UNit Team is Suppose To MAke Rounds To SHU every day dureing The week from MON To friday Sir So which This is a Violation of my Bop policy due process Rights

B.4   Name of Defendant: BuRRienTos
Position: SiS
Place of Employment: HAzelTon USP
Address: P.O. Box 2000
BRuceTon mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes    ☐ No

If your answer is "YES," briefly explain: He's iN ViolAtion of My Bop policy dueprocess Rights Because due To policy if you've Been DHO SAntion for and 101 ASAult Then you cannot Be prosecuted AUSA Wise Because They wAS Supose To Suspend your Charge UNtil AUSA prosecution is done with you, There fore They cannot TuRN around and up grade your charge To a 100 seRiouse Shot Because its and ViolAtion of My Bop policy due process Rights which Constitution Rights for prisoners INMAte Disciplen Confirms This momment of TRuth Sir

**Attachment A**

B.5  Name of Defendant: Smith
Position: lootinient
Place of Employment: HAZelToN USP
Address: Po Box 2000
BRuceToN mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He assaulted me on camra Oct 20 2017

III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: Hazelton USP

A. Is this where the events concerning your complaint took place?
   ☑ Yes   ☐ No

   If you answered "NO," where did the events occur?

B. Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
   ☑ Yes   ☐ No

D. If your answer is "NO," explain why not:

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**U.S. DEPARTMENT OF JUSTICE**           **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Bring me a copys of this Back*

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Rice, Joenell L    607-24-060    SHU Range 1    Hazelton USP
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

I'm just reexzaulting my legal complaint remedys aginst lootinient Smith, co Waltzs, com McDuffy for unlawfully asaulting me on candy camra Oct 20, 2017 back here in shu I ask for them to be fired

Oct 28, 2019                         Joenell Rice
DATE                                  SIGNATURE OF REQUESTER

**Part B- RESPONSE**

 

DATE                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: 997664-F1

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)      BP-229(13)

NUMBER: HAX-1330.18B
DATE: January 19, 2017
SUBJECT: Administrative Remedy Program
PAGE: 10

ATTACHMENT B

## Federal Correctional Complex Hazelton
### Request for Administrative Remedy
### Informal Resolution Form - Non General Population

Notice to Inmates: Prior to receiving a Request for Administrative Remedy Form (BP-229), you MUST attempt Informal Resolution through your Counselor, or provide other documentary evidence of your attempt at informal resolution. Failing to attempt informal resolution may result with rejection of your request.

| Part A | | | |
|---|---|---|---|
| Inmate Name: Joenell Rice | Reg. No.: 607-24-060 | | Unit: SHU-Rangel |
| 1. Specific Complaint: MY Bop policy due Process Rights Have Been Violated Nummerousce Times | | | |
| 2. Relief Requested: For Me To Be Relese Out This Hole Free Back To general Popalation Or Ship To another USP and I want This 101 Assult This 100secase shot To Be Removed off my Record | | | |

| Part B |
|---|
| 1. Counselor's Efforts: |

| Part C | | |
|---|---|---|
| | Issue Resolved Relief granted | Comments: |
| | Issue Un-resolved No Relief granted | Comments: NO RESPONSE TO DATE |
| | Unable to Address Issue Referred | Comments: |
| Inmate Signature: | | Date: |
| Staff Signature: | | Date: |
| Unit Manager Signature: | | Date: |

| Counselor Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 Days | Form Issued | BP-9 Issued | BP-9 Returned |
| | | | | | |

Attachment A

and state the result at level one, level two, and level three. **ATTACH <u>GRIEVANCES AND RESPONSES:</u>**

and Here is a copy of my BP8 as proof

LEVEL 1 They never Responded BACK to my BP8 So I

LEVEL 2 followed up with and BP9, They Responded BACK

LEVEL 3 With the BP9 Which I sent a copy to you guys with A Bivens lawsuit with Morron my unit manager that never made it to you guys Back in September 2019

IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

  A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

  B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

  1.  Parties to this previous lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

  2.  Court: _____
      *(If federal court, name the district; if state court, name the county)*

  3.  Case Number:_____

  4.  Basic Claim Made/Issues Raised: _____
      _____
      _____
      _____

  5.  Name of Judge(s) to whom case was assigned:
      _____

  6.  Disposition: _____
      *(For example, was the case dismissed? Appealed? Pending?)*

  7.  Approximate date of filing lawsuit:_____

Attachment A

        8.      Approximate date of disposition. Attach Copies: _____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
        ☑ Yes    ☐ No

D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

*and Then I follow up with, Bp10, Bp11 With midAtlantic Region concerning This which They can confirm This, The BP8, BP9 my unit manenger MR. MORRON can confirm This Sir*

E.      Did you exhaust available administrative remedies?
        ☑ Yes    ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

*I did That what I just exsplined Up Top and I followed up and filed and legal complaint letter with The Department of Justice agenst Them and which They can confirm This, I filed and legal complaint letter with The midAtlantic Regional office agenst Them about This, which They can confirm This Sir*

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.      Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:
   _____
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: I'M HRA Because and CONAMe WAITZS That I'M Sueing Right Now with you guys UNlAWfully MASed iN My cell, qsaulted me, my old celly on Oct 30, 2017, my old celly NAme Dara/ginger HAd and OSMA attock and Died 3 months lAter at The West Virginia Hostpital Well I exsplAin This To FBI Agent NAme MR. CANNON SiR so MR. CANNON HAd Them

Supporting Facts: House me Alone foR My SAfTY Which is HRA

and I don't have a crime of violence I'm lock up for a simple possession of a gun, which this is not violent. I'm a care level 2 Mental health sike patient I'm Bypolare, I'm skinsoeffective and I take medication for this sir, I'm Mentally Retarded, Here is my Medical Records to back this moment of truth up, with that said I'm not suppose to be at a lockdown Max USP Because I'm a Care level 2 sike patient, so this is a Breech of security my Judge-Court Recommended, the court ordered for me to go to a federal medical hospital center for my mental health issues so I could be treated properly and this is loged in on the computer public Information wise this is a violation of amendment and inmate Rights, Breech in F.Bop Policy safety and security, Neglect, Obstruction of justice, Mental anguish, Pain, suffering under cruel and unusual punishments harsh and adverse conditions, I've been in fear

2.

for my life and my safty and security have been jepordized and at risk.

and I want you guys to take legal action on my behalf for these people playing with my mail, I sent you guys legal documents about this with pacific dates, time

1. ON OCT 20, 2017 Correction officer WALTES UNLAWFULLY HOT MASED ME iNside my cell ON RANGE 1 iN SHU, assaulted me, my old celly NAME Darel gingers and He had, asMA Attack from Behinde This, They had To Rush Him To The west Virginia Hospital, He died There exactly 3 or 4 MoNths later from This Careless COWALTES abusing his athorty Power, which He Never Had Problecause Because wasNt Nouthing going ON NO altacation and To BAcK This smallmoment of Truth up check his Body autospy out, you guys will see He Never Had NO Bruises ON him from me my DNA is Not ON him or Nouthing I got asmA, I'm oN Two asMA Self carry Pumps, my old celly That Died Was old, he had asMA To so after This Was done ON oct 20, 2017 Ten minutes later after They wash The HotMASE out my eyes I seen Nurse Myers about This, so This is suppose To Be medical loged iN To my Knowledge, Then Ten More Miniutes later, They Put me iN the Reck cage Back here iN SHU, 5 or Ten

2.

minutes later cowgates, comcoduffy took me out in front of the shu cage, they made me pull my pants down, said we got some nice help for you Nigger, and then lootinientsmith poured hot mase on my private part penius, my Hole private areieug fresh out The mase can, then after they did this to me, they all lauhed at me, and all this happen on candy camra back here in shu I had my old Unitmaneger name Mr Jones get, put this camra footage up of this incident a head of time Because These People down here like to erase the camra footage every 30 days, which is Elegal, a Big time Violation of my pop policy DueProcess Rights, to Back this up even more These People are under investigation for assaulting and killing, Beating People to death in handcuffs Back Here in this shu, This is all on the computer public information wise sir.

So this new warden name Mr. Antonnelly unlawfully moves me in with and Washington DC inmate that had 44 years and he's fighting a murder charge well he told them he did not want

CLAIM 2: me in his cell well the co's did not want to move me sir well this guys had and knife and he threated me with it so I press the emergency button to get help, when the co's come I respectfully

Supporting Facts: Told them that were not getting alone and they still wouldnot move me sir so I block the window up and then they move me ASAP and they unlawfully mase me, which I got asma, I filed a BP8 about this, which they never responded back and here is a copy of my BP8 sir

CLAIM 3: But my unit manenger Mr Morron can confirm this but I couldoved lost my life behinde this sir because of this careless warden Antonnelly and then to put more milliondollar icying on the cake sir these people here at Hazelton still got me

Supporting Facts: In the computer as HRA which stands for house alone, reck alone just so they won't get in troble by the court or the regional office but they got another inmate in my cell sir which is aginst the law and a violation of my rights and I fear for my life being here with another cell inmate

CLAIM 4: and then he got them copying are mail, which this is unconstitutional, then they not even giving us a refull letter like they suppose to but they giving us a half a letter, which you guys got the letter docketments from my girl to back this up that I sent you and then they playing with my mail, which I sent you guys my mail docketments to back this up sir, then Warden Antonnelly moment of truth further

Supporting Facts: Violated my BOP policy rights because he got them giving us 3 small bubble gum size peaces of soap a week on Mondays, Wensdays, Fridays and its only anough for one shower, which this is cruel, unusele punishment, pain, suffering and then Warden Antonnelly is in further violation of my BOP policy rights

1.

But they dont and The canddy camra can back this momment of truth up sir and then Morron He cant even make it back here once a week and Then when He do come back here which is once every blew moon He's empty handed He never have legal complaint Remedys forms for me and He never have tort claims for me sir and which this is a violation of my Bop policy dueprocess Rights and then the Rest of my unit team dont come back here at all unless they got to UDC ticket shot somebody, then they empty handed To no legal Remedys or Tort claims, which this is a violation of my Bop policy dueprocess rights, Constitution Rights for Prisoners Bop policy program statement confirm this Sir and then I sent a Bivensclaim lawsuit out about this 3 copys with Morron to put in legal mail back back in September 2019 well He never sent it to you guys He put it in The trash and then Mr. Morron wont give me a legal call to call the courts about my freedom and He wont give me a legal call to call this Congress woman That's helping on my behalf to get my freedom and which this is a violation of my Rights also and I'm also sueing SIS Burrientos Because He's in violation of my Bop policy dueprocess Rights nummourasce times sir and now let me exsplain How I unlawfully been back here in SHU for 2 years well Constitution

2.

Rights for Prisoners Inmate Disciplen Bop policy Programstatement 5070.09 says all Asaults, 101 Asaults SIS, SIA has to Refer for AUSA Prosecution well Oct 20, 2017 I got charge for and DHO 101 Prison Asault well the next week of Oct 2017 I got sanction by DHO for this well Inmate Disciplen allso says that they have to suspend all 101 Asault Ticket shot charges and then Refer it to AUSA for Prosecution and then when there done they Relese it for DHO Aministratetive Proceedure well they never did this to me like they was suppose to which was, is a violation of my Bop policy dueprocess Rights and then from when my oldcelly Darelginger Died from the Asma Attack from the careless CO Name Waltzs 3 or 4 months later at the Westvirginia Hostpital and which they called them selfs tryna upgrade my 101 Asault charge to, 100 Seriousce shot charge and which they never served me a copy of this like they was suppose to due to Bop policy Sir and then they further violated my Bop policy dueprocess Rights Because they Elegallyed Refered me for AUSA Prosecution and bottom line once they DHO Santion me for this 101 Asault they cannot turn around AUSA Prosecute me thats Elegal and Bop policy Inmate Disciplen confirms this, then so they allso cannot upgrade my 101 shot to and 100 Seriousce shot Because they Never Suspended my 101 Asault Ticket and Bop policy Inmate Disciplen confirms this

Because we use to get Rolls of Tissue Just like general Population But This Warden stop it for Back here in Shu so now He got Them

**CLAIM 5:** Giving us a small hand full of Napkins Tissue every day from Monday to Sunday and which This is Not even enough for us to wipe are Behinde when were done Making Bowl Movements which This is insannatary and pain, suffering, cruel, unuselel punishment sir, The Canddy Camra can back this

**Supporting Facts:** Momment of Truth sir and Then I'm sueing Morron Because He's in Violation of my Bop Policy dueprocess Rights Because Bop Policy says some body from my unitteam is suppose to come back here to shu every day on weekdays from monday to friday and I'm 9D Status, which due to Policy I'm intitle to by commasary food, Hygean here in shu but there not complying sir

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

My United States Constitution Rights Have Been Violated By Thease People as you guys can see so I'm sueing Them for 60 million for cruel and unuselel punishment, pain, suffering, for mental stress, for Depression Because I'm Bypolore, skinsofrantic, I take medication for this

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I would like You to fire Thease People for This and The Court Recomented for me to go to A federal medicenter Because, for my mental Health Issues, This is on file so I would like You guys to have Them Emergency Trancefer me out This Hole To Butner Northcarralina FMC or Boston Devens where I'm on file at or Glanwood or Springfield where I can get the proper mental health Treatment That I need and Have Them Remove Thease Bogust 101 charge, 100 charge off my Record from Them Violating my Bop Policy Dueprocess Rights, I would like a Jury Trial

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Shu Range 1_ on _Jan 20, 2020_.
              (Location)                     (Date)

_Mr. Joenell Rhee_
Your Signature